FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR09-0010-DSF |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| MARCELO ESCOBAR OLIVE | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or
(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will comply with conditions of release. He has been arrested for a new crime and has a lengthy criminal history

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will comply with conditions. In addition, his illegal immigration status, criminal history & lack of bail resources makes him a flight risk.

IT IS ORDERED that defendant be detained.

DATED: 10/1/12

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2